■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FRANKIE RIVERA, Appellant. [732 NYS2d 895] —Appeal by the defendant from a judgment of the County Court, Nassau County (Kowtna, J.), rendered January 6, 1999, convicting him of mur-

der in the second degree and tampering with physical evidence, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the prosecution (*see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt of murder in the second degree based upon depraved indifference to human life beyond a reasonable doubt (*see,* Penal Law § 125.25 [2]). Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see,* CPL 470.15 [5]).

We reject the defendant's contention that he is entitled to a new trial because the People failed to timely produce Brady material (*see, Brady v Maryland,* 373 US 83). The purported Brady evidence was not material to the issue of the defendant's guilt (*see, Brady v Maryland, supra; People v Scott,* 88 NY2d 888; *People v Campos,* 281 AD2d 638). In any event, there is no reasonable probability that the result would have been different had the evidence been disclosed (*see, People v Rodriguez,* 281 AD2d 644).

The sentence imposed was not-excessive (*see, People v Suitte,* 90 AD2d 80). Santucci, J. P., McGinity, Luciano and Adams, JJ., concur.